IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

HEATHER MCNEW CARTER                                                PLAINTIFF
#2011114

v.                              No. 4:25-cv-353-DPM

JAMIE MORGAN, CEO, JP Morgan
Chase; ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria                              DEFENDANTS

ORDER

1. Carter hasn't paid the $405 filing and administrative fees or filed an application to proceed *in forma pauperis*. She must do one or the other by 19 May 2025. If she doesn't, her case will be dismissed without prejudice. LOCAL RULE 5.5(c)(2). It isn't clear that Carter knew she was listed as a plaintiff on this complaint. If she doesn't respond, the Court will assume she didn't know. The Court will further recommend that the dismissal not be counted as a strike. 28 USC § 1915(g).

2. The Court directs the Clerk to mail Carter an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants her permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Carter will have to pay the $350 filing fee in

monthly installments taken from her prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 April 2025