IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HEATHER MCNEW CARTER**                                   PLAINTIFF
**#2011114**

v.                         No. 4:25-cv-353-DPM

**JAMIE MORGAN, CEO, JP Morgan
Chase;  ASTHILDUR LOA
THORSDOTTIR, President, Iceland;
EBRAHIM RASOOL, Ambassador, Africa;
and BASHAR ASSAD, President, Syria**           DEFENDANTS

ORDER

Carter hasn't paid the filing fee or moved to proceed *in forma pauperis*; and the time to do so has passed. *Doc. 2*. Her complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 May 2025